644

Lu-Mi-Nus Signs, Inc., appellee, v. Western Premium Company, appellant. Gen. No. 33,100.

Opinion filed March 26, 1929.

Harry G. Wexler, for appellant. Schoen & Green, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. John J. Blumer, appellee, v. G. F. Waldvogel et al., respondents. G. F. Waldvogel, appellant. Gen. No. 33,128.

Opinion filed March 26, 1929.

Edward J. Carmody and Thomas M. Zasadil, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Joseph Johnson, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 33,140.

Opinion filed March 26, 1929.

Knapp & Campbell, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. Joseph D. Ryan and Davis & Michel, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Charley A. Kufahl, appellee, v. Edward O. Spurlin and Hallie Spurlin, appellants. Gen. No. 33,146.

Opinion filed March 26, 1929.

Henry C. Ferguson, for appellants. Morris K. Levinson, for appellee; Sidney Rothblatt, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.